IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PHILLIP LEE KELLEY et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | )  No. CIV-23-747-R |
| KEVIN STITT et al., | ) ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court for review of the Report and Recommendation [Doc. No. 5] entered by United States Magistrate Judge Shon T. Erwin on August 29, 2023, which found joinder to be infeasible and recommended Plaintiff Kelley be required to file an Amended Complaint limiting the claims to his own personal allegations. Plaintiff Kelley responded [Doc. No. 7] and lodged no objection to the Report and Recommendation. Moreover, Plaintiff Kelley has already filed an Amended Complaint [Doc. No. 8] complying with the recommendation.

The Report and Recommendation [Doc. No. 5] is ADOPTED in its entirety.

**IT IS SO ORDERED** this 11th day of September 2023.

_[signature]_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE