IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PHILLIP LEE KELLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. CIV-23-747-R |
| KEVIN STITT, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is Plaintiff's pro se motion seeking a certificate of appealability [Doc. No. 14]. The Court previously entered an order dismissing Plaintiff's Amended Complaint because it failed to state plausible claims under 42 U.S.C. § 1983. Because "a COA is not necessary to appeal from a district court's resolution of § 1983 claims," *Buchanan v. Oklahoma*, 398 F. App'x 339, 343 (10th Cir. 2010), Plaintiff's motion is denied as moot.

IT IS SO ORDERED this 30th day of November 2023.

*[signature]*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE